**VIAD CORP. (doing business as Exhibitgroup/Giltspur), Plaintiff–Appellee,**

v.

**STAK DESIGN, INC., Defendant– Appellant.**

No. 05–1113.

United States Court of Appeals, Federal Circuit.

Oct. 11, 2005.

### ORDER

1. The above-entitled action be dismissed with prejudice; and

2. Each party shall bear its own costs in accordance with the terms of the Settlement Agreement.